# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.

THE FIRST CHURCH OF THE NAZARENE OF COLORADO SPRINGS, COLORADO,

    Plaintiff,

v.

GUIDEONE MUTUAL INSURANCE COMPANY,

    Defendant.

---

## DEFENDANT GUIDEONE'S
## NOTICE OF REMOVAL PURSUANT 28 U.S.C. § 1332
## [DIVERSITY OF CITIZENSHIP]

---

Pursuant to 28 U.S.C. § 1332, Defendant, GuideOne Mutual Insurance Company ("GuideOne") hereby files this Notice of Removal for the above-captioned action to this Court:

1. GuideOne is a named Defendant in Civil Action No. 2019CV32858 filed by Plaintiff, The First Church of the Nazarene of Colorado Springs, Colorado ("Plaintiff") in the District Court for the State of Colorado, City and County of Denver (the "State Court Action").

2. Plaintiff filed its Complaint and Jury Demand ("Complaint") in the State Court Action with the Clerk of the County Court for the State of Colorado, City and County of Denver, on July 25, 2019. GuideOne was served with the Summons and Complaint on September 4, 2019.

3. This Notice is being filed with this Court within thirty (30) days after GuideOne received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based. *See* 28 U.S.C. § 1446(b).

4. This Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders filed in the State Court Action are attached hereto as **Exhibit A**. To the best of GuideOne's knowledge, no further proceedings, process, pleadings, orders, or other papers are on the docket in the State Court Action.

6. The amount in controversy exceeds the sum of $75,000.00. *See Complaint, ¶ 59.*

7. All parties are citizens of different states:

   a. Plaintiff is a Colorado nonprofit corporation with its principal office located at 4120 East Fountain Boulevard, Colorado Springs, CO 80916. *See Colorado Secretary of State Summary attached as* **Exhibit B**.

   b. GuideOne is a foreign corporation with its principal office located at 1111 Ashworth Road, West Des Moines, IA 50265. *See Colorado Secretary of State Summary attached as* **Exhibit C**.

8. Promptly after the filing of this Notice of Removal, GuideOne shall provide notice of the removal to Plaintiff through his attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

WHEREFORE, GuideOne notices the removal of this case to the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1332.

DATED this 25th day of September, 2019.

Jeffrey C. Ruebel
Tyler J. Bates
RUEBEL & QUILLEN, LLC
8461 Turnpike Drive, Suite 206
Westminster, Colorado 80031
Telephone: (888) 989-1777
FAX: (303) 362-5724
E-mail: jeffrey@rq-law.com
E-mail: tyler@rq-law.com

                          Counsel for Defendant GuideOne Mutual Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2019, I presented the foregoing **DEFENDANT GUIDEONE'S NOTICE OF REMOVAL PURSUANT 28 U.S.C. § 1332 [DIVERSITY OF CITIZENSHIP]** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to the following:

Edward Levy
ATLAS LAW FIRM, P.C.
One Cherry Center, Suite 1100
501 South Cherry Street
Denver, CO 80246
(303) 481-6352
elevy@atlaslawpc.com

                          */s/ Susan Pensiero*
                          Susan Pensiero, Paralegal to Defendant GuideOne Mutual Insurance Company